

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00031-CV

### IN RE MPII, INC. D/B/A MISSION PARK FUNERAL CHAPELS AND CEMETERIES D/B/A FROBERG FUNERAL HOME AT OAK PARK

Original Proceeding[1]

Opinion by:  Rebeca C. Martinez, Chief Justice

Sitting:  Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Adrian A. Spears II, Justice

Delivered and Filed: January 21, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

On January 12, 2026, relator filed its petition for writ of mandamus. Relator filed an emergency motion for temporary relief on January 13, 2026. Having reviewed the petition, motion, and accompanying record, this court has determined that relator has not established that it is entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The emergency motion for temporary relief is **DENIED AS MOOT**.[2]

Rebeca C. Martinez, Chief Justice

---

[1]This proceeding arises out of Cause No. 2024-CI-10720, styled *Annabelle Santiago v. MPII, Inc.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.

[2] Justice Adrian A. Spears II dissents to the denying of relator's emergency motion for temporary relief and would request a response to the petition for writ of mandamus. He also dissents to the denying of relator's petition for writ of mandamus without having requested a response.